UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,

    Defendants.
_____/

**<u>NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF</u>**

    Patrick Brooks LaRou, Esq. of FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Dina Goldstein, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Respectfully submitted this 31st day of October 2025,

                                            s/ Patrick Brooks LaRou
                                            Patrick Brooks LaRou, Esq.
                                            Florida Bar No. 1039018
                                            brooks@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue, Suite 770
                                            Coral Gables, Florida 33146
                                            Telephone: (305) 230-4884
                                            *Counsel for Plaintiff*