## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-24805-KMM

Plaintiff:
**DINA GOLDSTEIN**

vs.

Defendant:
**TOWN OF SURFSIDE, FLORIDA**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 20th day of October, 2025 at 12:40 pm to be served on **TOWN OF SURFSIDE, FLORIDA c/o CHARLES W. BURKETT, its Mayor, 9293 Harding Avenue, Surfside, FL 33154**.

I, Joseph Onega, do hereby affirm that on the **12th day of November, 2025** at **9:45 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to:  **Charles Burkett** as **Mayor** for **TOWN OF SURFSIDE, FLORIDA c/o CHARLES W. BURKETT, its Mayor**, at the address of:  **1332 Biscaya Drive, Surfside, FL 33154-3318**, and informed said person of the contents therein, in compliance with Florida statute  §48.111.

**Additional Information pertaining to this Service:**
10/21/2025  1:09 pm  Attempted service at 9293 Harding Avenue, Surfside, FL 33154. I spoke to a clerk named Manny. He called Ana, assistant to the town manager. Ana said to tell me that I need to serve the mayor personally at his home address. They do not have his home address. I was given phone number 305-517-1175. I called and the voicemail greeting says it is the mayor's phone number. I left a message to call me back.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 165, Hair: White, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025001712

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a