UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-24805-KMM

DINA GOLDSTEIN,

      Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,

      Defendant.
_____/

**DEFENDANT'S, TOWN OF SURFSIDE, FLORIDA,
UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to S.D. Local Rule 7.1(a) and Fed. R. Civ. P. 6(b), Defendant, Town of Surfside, Florida ("Defendant"), by and through its undersigned counsel, respectfully moves the Court for an extension of time to file their responses to Plaintiff's Complaint [D.E. 1]. As grounds, the Defendant states:

1. On October 17, 2025, Plaintiff filed her Complaint [D.E. 1].

2. On November 12, 2025, Defendant was served with the Complaint. Accordingly, Defendant's response is currently due on December 3, 2025.

3. Counsel for the Defendant is in the process of being retained on this matter and seeks an extension of time to review Plaintiff's Complaint, evaluate Plaintiff's claims, and adequately prepare Defendant's response.

4. The parties are also exploring settlement options. Therefore, in order to avoid unnecessary fees and costs, Defendant respectfully requests a twenty (20) day extension of time, through and including December 23, 2025, to respond to Plaintiff's Complaint.

#65404380 v1

5. Defendant's counsel has conferred with Plaintiff's counsel, Brian Pollock, regarding its request for twenty (20) day extension of time. Mr. Pollock does not oppose the requested extension.

6. This Motion is made in good faith and not for the purpose of delay. Plaintiff will not be prejudiced by the requested extension.

7. Fed. R. Civ. P. 6(b) vests the Court with discretion to enlarge deadlines for good cause. Here, Defendant respectfully submits that an extension to file its response to Plaintiff's Complaint would serve the interests of justice. Further, this Motion is unopposed.

8. A proposed Order is attached in compliance with Local Rule 7.1(a)(1).

WHEREFORE, Defendant respectfully moves the Court for a twenty (20) day extension of time up to, and including, December 23, 2025, to file its response to Plaintiff's Complaint.

Respectfully submitted this 26th day of November, 2025.

                                                Respectfully submitted,

                                                **GRAYROBINSON, P.A.**

*/s/ Marlene Quintana*
Marlene Quintana, B.C.S.
Florida Bar No. 88358
marlene.quintana@gray-robinson.com
Andres J. Garcia
Florida Bar No. 1058220
andy.garcia@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida  33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        By:   */s/ Marlene A. Quintana*
                                *Counsel for Defendant*