UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-24805-KMM

DINA GOLDSTEIN,

    Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

**THIS CAUSE** came before the Court on Defendant's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint, and the parties having agreed upon the relief requested herein, and the Court having reviewed the record and otherwise fully advised in the premises.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint be GRANTED, and that Defendant, Town of Surfside, Florida, shall have up to and including December 23, 2025, to respond to Plaintiff's Complaint.

DONE AND ORDERED in Chambers in Miami, Florida this _____ day of November, 2025.

_____
The Honorable K. Michael Moore
United States District Judge

Copies furnished to all counsel of record

#65366866 v1