UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-MOORE/ELFENBEIN

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE,
FLORIDA,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONDUCT SETTLEMENT CONFERENCE

THIS CAUSE, having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Conduct Settlement Conference [ECF No. 12], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

The parties shall conduct their Settlement Conference on or before March 10, 2026.

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of December 2025.

                                      _____
                                      MARTY FULGUEIRA ELFENBEIN
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:
*Designated U.S. District Judge*
*Counsel of record by CM/ECF*