UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-MOORE/ELFENBEIN

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA

    Defendant.
_____/

### NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE

Plaintiff, Dina Goldstein, through her undersigned counsel and pursuant to this Court's Paperless Order upon referral for Settlement Conference [ECF No. 5], hereby notifies the Court that the parties have conferred and identified the following three dates on which they are mutually available to conduct the Settlement Conference in this case:

1. February 17, 2026;
2. February 18, 2026; and
3. March 10, 2026.

Respectfully submitted this 11th day of December 2025,

    s/ Patrick Brooks LaRou
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    Patrick Brooks LaRou, Esq. (1039018)
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*