UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DINA GOLDSTEIN,

    Plaintiff,

v.                                          Case No.  25-CV-24805-MOORE/Elfenbein

TOWN OF SURFSIDE,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

COME NOW, Defendant, Town of Surfside (the "Town" or "Defendant"), and hereby disclose the following:

1. The name of each person, attorney, association of persons, firms, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    A.     **Dina Goldstein, Plaintiff**

    B.     **Patrick Brooks LaRou, FairLaw Firm, Counsel for Plaintiff**

    C.     **Brian Howard Pollock, FairLaw Firm, Counsel for Plaintiff**

    D.     **Town of Surfside, Defendant**

    E.     **Marlene Quintana, GrayRobinson, P.A., Counsel for Defendant**

    F.     **Andres J. Garcia, GrayRobinson, P.A., Counsel for Defendant**

    G.     **Thais Hernandez, Town of Surfside, Town Attorney**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None known at this time. Defendant reserves the right to amend this response should discovery reveal additional civil and/or criminal wrongful conduct.**

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 23, 2025.                    Respectfully submitted,

**GRAYROBINSON, P.A.**

*/s/ Marlene Quintana*
Marlene Quintana, B.C.S.
Florida Bar No. 88358
marlene.quintana@gray-robinson.com
Andres J. Garcia
Florida Bar No. 1058220
andy.garcia@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                 */s/ Andres J. Garcia*
                                                                  *Counsel for Defendant*