UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-MOORE/FULGEIRA

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS
COUNT II OF PLAINTIFF'S COMPLAINT AND
MOTION TO STRIKE REQUEST FOR ATTORNEY'S FEES**

    Plaintiff, Dina Goldstein, through her undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, request the Court to grant an extension of time respond to the Defendant's Partial Motion to Dismiss Count II of Plaintiff's Complaint and Motion to Strike Request for Attorney's Fees [ECF No. 16] based upon the lack of opposition and the following good cause:

    1.    Plaintiff filed her Complaint on October 17, 2025, seeking recovery for the Defendant's failure to timely pay her the overtime wages required by the FLSA and the regular wages due to her under the common law of Florida. [ECF No. 1].

    2.    Plaintiff served Defendant with the Summons and Complaint on November 12, 2025. [ECF No. 8].

3.	Defendant responded to the Complaint with its Partial Motion to Dismiss Count II of Plaintiff's Complaint and Motion to Strike Request for Attorney's Fees (the "Motion"), filed on December 23, 2025. [ECF No. 16].

4.	Plaintiff's response to the Motion is due January 6, 2026.

5.	Due to the press of business and commitments in other matters, the undersigned will be unable to analyze the Motion, conduct the appropriate research, and draft the necessary response by the deadline imposed by the Rules.

6.	The undersigned contacted defense counsel, who had no opposition to providing a two-week extension of time to respond to the Motion [ECF No. 16].

7.	Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

8.	It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

9.	Accordingly, Plaintiff respectfully requests the Court to grant her an extension of time through January 21, 2026, to respond to the Motion.

10.	A proposed Order is being submitted simultaneously herewith.

WHEREFORE Plaintiff, Dina Goldstein, respectfully request the Court to grant her the Extension of Time requested above.

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that defense counsel agreed to the relief requested above.

FAIRLAW FIRM
*Plaintiff's Counsel*

*s/*Brian H. Pollock, Esq.
Brian H. Pollock, Esq.

Respectfully submitted this 5th day of January 2026,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
