UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-MOORE/ELFENBEIN

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT AND MOTION TO STRIKE REQUEST FOR ATTORNEY'S FEES**

THIS CAUSE, having come before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Partial Motion to Dismiss Count II of Plaintiff's Complaint and Motion to Strike Request for Attorney's Fees [ECF No ], and the Court, having reviewed the Motion and noting that it is unopposed by Defendant, finds that good cause has been shown for the requested extension.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion for Extension of Time is **GRANTED**.
2. Plaintiff shall have up to and including **January 21, 2026**, to file her response to Defendant's Partial Motion to Dismiss Count II of Plaintiff's Complaint and Motion to Strike Request for Attorney's Fees.

DONE AND ORDERED in Chambers on this _____ day of January 2026.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. District Judge*
*Counsel of record by CM/ECF*