UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-MOORE/FULGEIRA

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE,
FLORIDA,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF PENDING, REFILED,
RELATED OR SIMILAR ACTIONS**

    Plaintiff, Dina Goldstein, pursuant to Local Rule 3.8, notifies the Court of the following Related Actions presently pending in state administrative and judicial tribunals:

**1. The Personnel Appeals Board Matter**

    *In re: Appeal of Dina Goldstein*, Town of Surfside, Florida, Personnel Appeals Board, Case No.: 01-01-25, in which Mrs. Goldstein initiated this quasi-judicial administrative proceeding to challenge the Defendant's termination of her employment for cause. The Personnel Appeals Board's decision, adopted in Resolution No. 2025-3386 on March 10, 2025, is the subject of the appellate proceeding identified below.

**2. The Appeal of the Personnel Appeals Board Matter**

    *Dina Goldstein v. Town of Surfside, Florida*, 11th Judicial Circuit for Miami-Dade County, Florida, Case No.: 2025-35-AP-01, in which Mrs. Goldstein filed a Petition for Writ of Certiorari to quash the decision rendered by the Town's Personnel Appeals Board to uphold the termination of her employment for cause. The Court determined that the Town should not have upheld Mrs. Goldstein's termination "for cause" and that she was denied due process, granting her Petition and quashing the decision below in the Opinion rendered on December 12, 2025.

Respectfully submitted this 12th day of January 2026,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*
