UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-MOORE/FULGEIRA

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,

    Defendant.

_____/

## **PLAINTIFF'S UPDATED NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Plaintiff, Dina Goldstein, pursuant to Local Rule 3.8, notifies the Court of the following Related Actions presently pending in Florida state administrative and judicial tribunals and in this Court:

### **1. The Personnel Appeals Board Matter**

*In re: Appeal of Dina Goldstein*, Town of Surfside, Florida, Personnel Appeals Board, Case No.: 01-01-25, in which Mrs. Goldstein initiated this quasi-judicial administrative proceeding to challenge the Defendant's termination of her employment for cause. The Personnel Appeals Board's decision, adopted in Resolution No. 2025-3386 on March 10, 2025, is the subject of the appellate proceeding identified below.

### **2. The Appeal of the Personnel Appeals Board Matter**

*Dina Goldstein v. Town of Surfside, Florida*, 11th Judicial Circuit for Miami-Dade County, Florida, Case No.: 2025-35-AP-01, in which Mrs. Goldstein filed a Petition for Writ of Certiorari to quash the decision rendered by the Town's Personnel Appeals Board to uphold the termination of her employment for cause. The Court determined that the Town should not have upheld Mrs. Goldstein's termination "for cause" and that she was denied due process, granting her Petition and quashing the decision below in the Opinion rendered on December 12, 2025, with a Mandate issued December 29, 2025. The Town has not taken any actions thereon, resulting in a Motion to Enforce Mandate which remains pending before the Court.

**3. The Discrimination, Retaliation, Due Process, and Defamation Case**

*Dina Goldstein v. Town of Surfside, Florida, Enrique Doce, and Mark Blumstein*, S.D. Fla. Case No. 1:26-CV-209654-GAYLES/SHAW-WILDER, in which Mrs. Goldstein sued the Town and Doce for discriminating against her because of her race and then retaliating against her for reporting the discrimination in violation of 42 U.S.C. §1981, the town for violating Title VII of the Civil Rights Act of 1964 discriminating against her because of her race and then retaliating against her for reporting the discrimination, all Defendants for violating her due process rights (property interest and liberty interest), and the Town and Blumstein for defaming her.

Respectfully submitted this 18th day of January 2026,

                                              Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*