UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-MOORE/FULGEIRA

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on Plaintiff and Defendant's Joint Motion to Approve Settlement Agreement and for Dismissal with Prejudice (the "Joint Motion"). The Court having reviewed the Joint Motion and the case file, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED. The Agreement is approved as fair and reasonable. This case is dismissed with prejudice. The Court retains jurisdiction to determine the reasonable attorney's fees and costs to award to Plaintiff as the prevailing party in the Lawsuit under 29 U.S.C. §216(b).

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of _____, 2026.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record

#66455834 v1