UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-KMM

DINA GOLDSTEIN,

     Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,

     Defendant.

_____/

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE MOTION FOR ATTORNEY'S FEES

Plaintiff, Dina Goldstein, and Defendant, Town of Surfside, Florida (the "Parties"), hereby

files this Motion for Extension of Time to File Motion for Attorney's Fees, and state as follows:

1.     On October 17, 2025, Plaintiff filed her Complaint [D.E. 1].

2.     On December 23, 2026, Defendant filed its Partial Motion to Dismiss Count II of

the Complaint and Motion to Strike Request for Attorney's Fees [D.E. 16] as well as filing its

Partial Answer and Affirmative Defenses to Count I of the Complaint [D.E. 17].

3.     On January 12, 2026, Plaintiff filed its Amended Complaint [D.E. 23].

4.     On January 26, 2026, Defendant filed its response to Plaintiff's Amended

Complaint [D.E. 25].

5.     A Settlement Conference was held on February 18, 2026 [D.E. 15], before

Magistrate Judge Marty Fulgueira.  The Settlement Conference was continued to February 24,

2026 [D.E. 28].

6.     On March 11, 2026, the Parties entered into a settlement agreement, which was

approved by the Town of Surfside Commission.

#66635907 v1

7.      On March 11, 2026, the Parties filed a Joint Motion to Approve Settlement and for Dismissal with Prejudice [D.E. 33].

8.      On March 20, 2026, Plaintiff's counsel conferred regarding his request for fees. Pursuant to Local Rule 7.3(b), Plaintiff's counsel must serve but not file a draft motion to allow the parties a reasonable amount of time within which to engage in good faith negotiations regarding the motion.

9.      Later that same day, March 20, 2026, the Court entered an Order on the Joint Motion to Approve Settlement and for Dismissal with Prejudice [D.E. 35], requiring Plaintiff's counsel to file his Motion for fees and costs by April 6, 2026 [D.E. 35].

10.     Any and all decisions regarding resolution and settlement are made by the Town of Surfside Commission.  The Town of Surfside is set to hold runoff elections on April 7, 2026.  The next scheduled Commission meeting is April 14, 2026, once the new Commission has been sworn in.  That is the earliest possible date which the Town Attorney can call for an executive session pursuant to Florida Statutes in order to discuss resolution of the attorney's fees in this matter.

11.     In order to allow for the good faith effort to resolve the issue of attorney's fees by agreement as contemplated by Local Rule 7.3(b), and because of the constraints of the runoff election and newly elected Commission schedule, the Parties respectfully request an additional thirty (30) days for Plaintiff to file the motion for attorney's fees.

12.     This Motion is made in good faith and not for the purpose of delay.  No party will be prejudiced by the requested extension.

13.     Fed. R. Civ. P. 6(b) vests the Court with discretion to enlarge deadlines for good cause.  Here, the Parties respectfully submit that an extension to file its response would serve the interests of justice.  Further, this is a Joint Motion.

#66635907 v1

14.     A proposed Order is attached in compliance with Local Rule 7.1(a)(1).

WHEREFORE, Defendant respectfully moves the Court for a thirty (30) day extension of time up to, and including May 6, 2026, for  Plaintiff to file the motion for attorney's fees.

Dated this 6th day of April, 2026.


s /Brian H. Pollock, Esquire
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
(305) 230-4884
*Counsel for Plaintiff*

s/ Marlene Quintana, Esquire
Marlene Quintana, Esq. (88358)
marlene.quintana@gray-robinson.com
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, Florida 33131
(305) 416-6880
*Counsel for Defendant*

#66635907 v1