UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-24805-KMM

DINA GOLDSTEIN,

        Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,

        Defendant.

_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES

**THIS CAUSE** came before the Court on the Parties' Joint Motion for Extension of Time to File Motion for Attorney's Fees ("Joint Motion") and the Parties having agreed upon the relief requested herein, and the Court having reviewed the record and otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion be GRANTED. The Plaintiff shall have up to and including May 6, 2026, within which to file the motion for attorneys' fees.

DONE AND ORDERED in Chambers in Miami, Florida this _____ day of April, 2026.

 

_____
The Honorable K. Michael Moore
United States District Judge

Copies furnished to all counsel of record

#66681452 v1