UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-MOORE/FULGEIRA

DINA GOLDSTEIN,

       Plaintiff,

vs.

TOWN OF SURFSIDE,
FLORIDA,

       Defendants.

_____/

## **NOTICE OF SETTLEMENT**
## **(ATTORNEY'S FEES AND COSTS)**

Plaintiff, Dina Goldstein, notifies the Court that the parties have settled the remaining issue(s) in dispute involving the attorney's fees and costs to be paid to Plaintiff's counsel and anticipates the parties filing a Joint Stipulation for Dismissal with Prejudice within 14 days hereof.

Dated this 5th day of May 2026.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm