UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-24805-KMM

DINA GOLDSTEIN,

      Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,

      Defendant.

                              /

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL

**THIS CAUSE** came before the Court on the Parties' Joint Motion for Extension of Time to File Stipulation for Dismissal ("Joint Motion") and the Parties having agreed upon the relief requested herein, and the Court having reviewed the record and otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion be GRANTED. The Plaintiff shall have up to and including May 27, 2026, within which to file the stipulation for dismissal.

DONE AND ORDERED in Chambers in Miami, Florida this \_\_\_\_ day of May, 2026.

 

The Honorable K. Michael Moore
United States District Judge

Copies furnished to all counsel of record

#67214871 v1