UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24805-MOORE/FULGEIRA

DINA GOLDSTEIN,

      Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,

      Defendant.

_____/

## JOINT NOTICE OF RULE 41
## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Dina Goldstein, and Defendant, Town of Surfside, Florida, hereby voluntarily dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Rules of Civil Procedure apply "in actions brought under the Fair Labor Standards Act no less than in any other case." Vasconcelo v. Miami Auto Max, Inc., 981 F.3d 934, 942 (11th Cir. 2020). See also Lopez v. Core Mgmt. Grp. LLC, 2025 U.S. Dist. LEXIS 18854, at *1 (M.D. Fla. Feb. 3, 2025) ("The text of the FLSA does not provide, and no Eleventh Circuit decision has ever held, that FLSA claims are exempt from Rule 41."); and Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012) (applying Rule 41 to FLSA case and finding "Rule 41(a)(1)(A) is a useful tool in settling cases because it allows parties to dismiss an action without a court order.")

Respectfully submitted on this 1st day of June 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Ste. 770
Coral Gables, FL 33146
Tel: 305.230.4884
Counsel for Plaintiff

s/ Marlene Quintana, Esq.
Marlene Quintana, Esq. (88358)
marlene.quintana@gray-robinson.com
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Counsel for Defendant